## C. I. T. CORPORATION, Intervener, Appellant, v. UNITED STATES, Appellee.

### No. 6227.

Circuit Court of Appeals, Fifth Circuit.

Dec. 2, 1931.

Jack F. Hyman, of Dallas, Tex., for appellant.

H. M. Holden, U. S. Atty., and M. S. McCorquodale, Asst. U. S. Atty., both of Houston, Tex., for the United States.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

SIBLEY, Circuit Judge.

The agreed facts in this case are meager, but the case is substantially identical with those decided this day in Commercial Credit Co. v. United States (C. C. A.) 53 F.(2d) 977. The judgment is accordingly reversed, with direction to dismiss the libel without prejudice.